No. 69343.—International Packers, Ltd. *v.* United States, protest 64/21575 (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S.A., et al.* (45 CCPA 20, C.A.D. 667), the claim of the plaintiff was sustained.